AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of

12828 N. Mountainside Dr. #101
Fountain Hills, AZ 85268

Case No. 20 - 3262 MB

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before __November 18, 2020__ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for __30__ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11-4-20 @ 1:24 p.m.          M Morrissey
                                                                    *Judge's signature*

City and state: Phoenix, Arizona          Honorable Michael T. Morrissey, U.S. Magistrate Judge
                                                          *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 20 - 3262 MB | 11/5/2020 9:25 AM | Elliot Kerwin |

Inventory Made in the Presence of:

SA Marshal Mercer

Inventory of the property taken and name of any person(s) seized:

See attached receipt for property

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/13/2020

Executing officer's signature

SA Leigh Wiegert
Printed name and title

FD-597 (Rev. 4-13-2015)                                    Page _____ of _____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _288A-PX-3341832_

On (date) _November 5, 2020_         item (s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) _____

(Street Address) _12828 N Mountainside Dr., Apt 101_

(City) _Fountain Hills, AZ_

Description of Item (s): _____

✓ Lenovo G780 Laptop Computer  SN: CB03040783
✓ 120 GB Patriot burst Solid State Drive SATA Ⅲ
   S/N: PBU120GS25SSDR
✓ 60GB Patriot Torch Ⅱ SATA3 Solid State Drive
   S/N PJ260G525SSDR
✓ MaxTro Hard drive  AJ○FTVWS
✓ Wester digital Hard Drive  S/N WT2895189845
✓ Hard Drive with Master Dell  OPTT 6×260
   S/N 87293653270 91
✓ Patriot brand Torch SE 128 GB  S/N PE000408
✓ Samsung 960 EVO M2 250 GB  S/N: S3ESNX0J211331 ✓
✓ 32 GB scan disk, 16 GB scan disk Drives, Samsung
   SD card
✓ Black lenovo THINK Pad  S/N R8-P3XG 2 (with charger)
✓ Gray Dell computer  S/N: 269J3P1
✓ Bag of USB's  ✓ 5 SD cards
✓ Red Toshiba Hard Drive  S/N 52KKSQHJSSX3

Received By: _____ (Signature)
Received From: _Elliot Kerwin_ (Signature)

Printed Name/Title: _SA Marshel Mercer_
Printed Name/Title: _ELLIOT KERWIN_